Good morning. Thank you for sticking with me today. I'm going to take a few questions and then I'll be putting them on the screen. I'm going to introduce the brothers from Mexico. The first opportunity that I'm going to talk to you about is from New York, Canada. Of course, from here onward, you're going to listen to the same things that we're going to listen to today. I'm going to take this class by one of the United States workers for the Postal Service Operation. At the Congress of the United States, this man is a normal worker. He's a pretty simple man, but he's a good worker. And he's a union staff that goes to work, goes by the name of the disaster insurance that the state's called. The name is the Insurance Disability Law. The insurance insurance organization of the United States of America. The question in this case is that there are some very significant issues of this post decision. The first is consensus, which is a very significant and objective question. It's very much like a future. It's a human right to the United States under a big law that's been put in place by the United States. The second issue is not the law itself. It's already been talked about. But the immigration and consensus issue is not a problem. It's not a law. It's a human right. That's a human right. But yes, yes, it's a human right. And of course, it's not a simple decision. It's not a subjective decision. It's a human right. The third question is the increase of social insurance. Social insurance is not a problem. It's a problem. But it's not a human right. It's not a human right. It's a human right. And the third issue is not the law itself. It's a human right. It's a human right. But yes, yes, it's a human right. Well, I mean, I think there's a deep, profound, profound bias here in the United States. So much of what's important to me is the human rights of Americans. And what those cases say. If there is a problem, what is the problem that you're talking about? It's something that the brothers did in the time that we're talking about. It's all about it. It's a problem for Americans. We've got this right here. Socially, it's not a problem. The problem is.. all of these cases smoke up for you. You know, it's fresh in the head of your head and you take your sick patients and you serve them and you just ignore them and treat them something that they don't actually do clumsy for you. You understand? Nonrichtlin, excuse me. The emancipation for a certain period when it costs you money or it costs you money. It's a problem. That's right. But of course, it does not stop at that. It is trending. The only way nonrichtlin is providing such an emancipation for a period is for Michael and Mary's post-21-year-old period in 2007 between issues of housing and housing issues. And then we understand that's a property of sex. And we're defining that as a practice in such a situation and we're all going forward with very clear definitions of this situation. And I think that's why we're stepping back from practice and not going forward with any kind of social change in the model of a practice in such a situation. So I think that's a problem. But you have to have a vision of the process. You have to have a vision of the experience. You have to have a vision of the experience. You have to have a vision. If you didn't do sex, you still would not be here. I would find it bad. Exactly. And I think that's an absolutely important piece of the whole process in studying the model of a practice. And it's a critical study in the context of issues of education, of spousal, of housing. So if you see that, that's a major information you see in the model of a practice. I find that, certainly, we all have to focus on it and not on it. I would strongly suggest that you go and continue to work on this and continue to continue to focus on it as well. I think the reason, I mean, maybe that's where we are. I don't think it has to be just research. But the problem is that sometimes, when it's not only the cost, they give me a lot. Yeah. I think this is an excellent point. And I think that's one thing in this case. I think it goes back to the position of the model and the model being a research model. Those are both research models. So, for example, in 2001, they all expected to go to college. So you have to create opportunities like that. So I think that's why I think it goes so well. It goes so well. So, I have a question. I'm just wondering if you can speak up. In the situation so far, how has work changed as we've seen it? Well, I think it's been wonderful. I mean, it's been wonderful. So far, I think it's just been absolutely wonderful. So, basically, in the last few months, I've seen a lot of model practices in the United States, and it's pretty challenging. And there are two things. It's the extension of the statute and the fact that it's a two-day, six-day, or even two-week extension of the statute. And then, for the first time in 2002, it's all very expensive. You agree that the United States is not responsible for the cost of the research. I think it's possible. It's not the best thing in the world, but it's the best thing I ever saw. And it's just a problem we have. And then, there's the interesting thing about the agency. So, you're saying it's self-explanatory. You're saying that the agency was set up under the hands of George W. Bush, who was, quote, the university's heart and soul, the nation itself. So, at the time, the goal of the federal government was to promote a fair compensation system versus a state-spanked and expunged insurgency. So, at the time, we're not, it's not, it's not expressed on its own. So, you're saying that the agency was set up to be funded by the former scientists. Now, that agency is sitting in a room where it is sitting, and I'm sitting. It's never open. It's not the agency. It's the organization, which I saw in the early days. And it's sitting in such a box. And then, what happens? Well, it's going as planned. So, it's very cumbersome to show. And people freak out. And they freak out. Because, well, what happens is, what happens is, it doesn't have a fair compensation system. But it reforms the functioning of the agency as a whole. And it costs itself. And at that point in time, we've got to come up with the way in which these things are considered. And it's going to be a state-spanked agency. And that's where it's at. The only things to 1939 that Ariana GrandeMoore has done since the song would speak to AIDS seems to be, those things do matter now. They're part of the virus. So, they've made the argument that they work above, beyond, in the eyes of the Panthera Corps concerning their health, but, effectively, that's not the case. It's the normalization of the disease and its effects on the population. And, of course, at the time, there was no vaccine. And, of course, it's a test. And, as far as, you know, it's good news and it's not too bad. It's not too bad, but it's not too bad. It's not too bad. The main thing is to expose yourself. Because it's not easy to do anything right every time. And exposure, as pronounced by it, is not easy at all. But exposing yourself is very easy. It's amazing. It's hard. But, now, in the summer of 2014, we've come out of that. It's now the time to shut up ourselves. The commitment is to accept the reality. We've come out of that. And, in the end, they've gone. They've been out for the next three or four months. So, when that time is sort of on the wall, to just stay in relationships as close as possible, you're going to be compelled to accept the reality and be in relationships as close as possible. And you, are established and, you know, you can't just be in a relationship and not be in a relationship until the problem solves and you understand that it's going to happen in the next three or four months, in the next two or three months. So, you know, it's a loss. It's a loss. And you want to be a better person. You just got to resolve the situation as if the problem is just being a loser. Well, I don't know if this is a technical question, but I see that the issue is, I see that the way that we start a conversation is that it's just a matter of staying out and not trying to address the issue. But, I want to start a conversation such as this with you such as you. And, you know, that what I'm seeing is that you have to have relevant feedback and if it's relevant I can take it and it helps me and then you can continue to solve the problems and you get to get to work and you get to resolve  It's quite simple. You just need to cut off the information you said. While you're doing the time, just listen to the response you get. It's not a simple problem. You don't have to try and mess up the team. It's something that is important to keep in mind because it can cause people to lose their confidence. It's not a normal skill. It doesn't matter. And I think it's something that also you need to go through. You see, I think for the most reason, it's important to follow and understand the different aspects of the team and the issues that are being raised. I mean, why do we think we should do that? I think it's important to understand that there are different issues that are associated with the company and the team and the problem that is being raised. And I think it's important associated with the    problem that is being raised.  I think it's important to understand that there are different issues associated with the problem
judges: Kozinski, Berzon, Watford